IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSIE LEE FARMER, JR.                                                        PLAINTIFF

v.                                    Civil No. 6:20-CV-06017

SERGEANT GARRETT; WARDEN
BALL; and DEXTER PAYNE                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 24, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Judge Bryant recommends the case be dismissed with prejudice, because the individual capacity claim fails to state a claim upon which relief may be granted, and because the official capacity claims are barred by sovereign immunity.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 20th day of May 2020.

*/s/ Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE