IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JESSIE LEE FARMER, JR.                                                                          PLAINTIFF

v.                                    Civil No. 6:20-CV-06017

SERGEANT GARRETT AND
WARDEN BALL                                                                                     DEFENDANTS

**<u>ORDER</u>**

Before the Court is the Report and Recommendation filed February 30, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (ECF No. 30). Judge Bryant recommends Plaintiff's case be dismissed without prejudice for failure to file a timely response to Defendants' motion for summary judgment as ordered by the Court (<u>see</u> Order, Jan. 13, 2021, ECF No. 28) and failure to comply with the Court's order to show cause as to why no response was filed (<u>see</u> Show Cause Order, Feb. 5, 2021, ECF No. 29).

Plaintiff filed an Objection to the Report and Recommendation on March 10, 2021 (ECF No. 31) wherein he represents that he is illiterate and a bad speller and incapable of pursuing the case by himself without counsel being appointed. While his case was pending, Plaintiff was transferred to another prison unit away from the inmate who was assisting him with this legal matter, and Plaintiff has had a difficult time finding someone to help him in the new environment. Plaintiff has filed a Motion to Appoint Counsel (ECF No. 32).

The Court has considered the need for an attorney, the likelihood that Plaintiff will benefit from the assistance of counsel, the factual and legal complexity of the case, and whether Plaintiff possesses the ability to investigate and present this case. In considering these factors, the Court finds that Plaintiff's claims do not appear legally or factually complex. It also appears that Plaintiff had what he needed to file timely responses to the Court orders, however, Plaintiff filed nothing, and he did not communicate with the Court before either deadline expired.

1

Accordingly, the Court adopts the Report and Recommendation (ECF No. 30) *in toto*, and makes its order as follows:

Plaintiff's motion to appoint counsel (ECF No. 32) is DENIED, and this case should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 16th day of March 2021.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE